1  ZACH COWAN, Acting City Attorney      SBN 96372
     SARAH REYNOSO, Acting Assistant City Attorney   SBN 120277
2  SReynoso@ci.berkeley.ca.us
     MARK J. ZEMBSCH, Deputy City Attorney    SBN 127901
3  KRISTY van HERICK, Deputy City Attorney    SBN 178685
     2180 Milvia Street, Fourth Floor
4  Berkeley, CA 94704
     TEL.:  (510) 981-6950
5  FAX.:  (510) 981-6960

6  Attorneys for Defendants
     CITY OF BERKELEY and RICKY DAVIS
7

     DAVID M. POORE     SBN 192541
8  KAHN BROWN & POORE LLP
     DPoore@kahnbrownlaw.com
9  110 Kentucky Street
     Petaluma, CA 94952
10  TEL:  (707) 763-7100
     FAX:  (707) 763-7180
11

     Attorneys for Plaintiffs
12  WILBERT ESSEX

13             UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15

16  WILBERT ESSEX,           NO.  C08-04898 ~~MMC~~   MHP

17         Plaintiffs,

18                    STIPULATION AND ~~PROPOSED~~
      vs.                  ORDER TO CONTINUE THE INITIAL
19                    CASE MANAGEMENT CONFERENCE
     CITY OF BERKELEY, RICKY DAVIS,
20                    DATE:  February 2, 2009
          Defendants.        TIME:   4:00 p.m.
21                    CTRM:  15, 18th Floor
22                         San Francisco

23

24         IT IS HEREBY STIPULATED by and between the parties to continue the

25  presently scheduled Initial Case Management Conference date from February 2, 2009, to a new

26  date and time that is convenient to the Court and the parties with the exception of February 13

27  through 20 as the attorneys have other conflicts during this period.   The parties understand that

28  the following dates are available which work within the parties' respective calendars:  February

23, and March 2, 9, 16 and 23.  The parties are willing to participate in a telephone conference with the Court, as necessary, to select new dates and times.

The parties are submitting this request in the above entitled case and all other related cases.  There is good cause for the stipulation to extend time as follows:

- Unavailability of Lead Trial Counsel:  The primary purpose of this request is the unavailability of lead trial counsel for the plaintiffs.  In particular, plaintiffs' lead trial counsel, David M. Poore, has been scheduled for a significant discovery and status hearing in the nationwide class action entitled *Stalnaker v. Allstate Insurance Company, et. al.* Case No. 04 CV 2628 which is pending before the District Court, El Paso County, State of Colorado, located in Colorado Springs, Colorado.  Given this conflict, it would be impossible for plaintiffs' lead trial counsel to attend both hearings as plaintiffs' counsel is required to travel to Colorado Springs.  The parties stipulate and agree that this trial conflict constitutes good cause to continue this matter.

- No Prior Trial Continuance Requests:  The parties have not made any prior requests for a continuance of the Initial Case Management Conference in this matter.

- Judicial Economy and No Prejudice: The parties are not making this request for any improper purpose, including undue delay.  Instead, the parties agree that judicial economy will be served if this request is granted.  In particular, it is crucial that plaintiffs' lead trial counsel attend and participate in the Initial Case Management Conference.  Moreover, neither party would suffer any prejudice if the trial date was continued; instead, the parties have stipulated to this request.

///
///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
ESSEX v. CITY OF BERKELEY, NO. C08-04898 MHP

1    SO STIPULATED.

2

3                                      Respectfully submitted:

4                                      ZACH COWAN, Acting City Attorney
                                       SARAH REYNOSO, Acting Assistant City Attorney
5                                      MARK J. ZEMBSCH, Deputy City Attorney
                                       KRISTY van HERICK, Deputy City Attorney
6

7
     Dated:    January 26, 2009.       By:_____/s/_____
8
                                       MARK J. ZEMBSCH, Deputy City Attorney
9                                      Attorneys for City of Berkeley and Ricky Davis

10
                                       Respectfully submitted:
11
                                       KAHN BROWN & POORE LLP
12

13   Dated:    January 26, 2009.       By:_____/s/_____

14                                     DAVID M. POORE
                                       Attorney for Wilbert Essex
15

16

17                                **ORDER**

18
          THE COURT HEREBY ORDERS AS FOLLOWS:
19
          The parties' request to continue the Initial Case Management Conference is hereby
20
     GRANTED.  The presently set Case Management Conference on February 2, 2009, is hereby
21
     VACATED.  The parties are ordered to appear at an Initial Case Management Conference on
22
     __March 23_____, 2009, at _4:00___ a.m./p.m. to set a trial date and new deadlines.
23

24        IT IS SO ORDERED.

25                                     _____

26

27

28

STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE
ESSEX v. CITY OF BERKELEY, NO. C08-04898MHP